**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 21CR0388-JLS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl) (Felony) |
| PAOLA GARCIA-MARTINEZ, | |
| Defendant. | |

The United States Attorney charges:

<u>Count 1</u>

On or about December 2, 2020, within the Southern District of California, defendant PAOLA GARCIA-MARTINEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 20.12 kilograms (44.35 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

<u>Count 2</u>

On or about December 2, 2020, within the Southern District of California, defendant PAOLA GARCIA-MARTINEZ, did knowingly and intentionally import 400 grams and more, to wit: approximately 2.20 kilograms (4.85 pounds) of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

APW:sc:12/30/2020

propanamide (fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 12/20/2020 .

ROBERT S. BREWER, JR.
United States Attorney

*Alicia Williams*

ALICIA P. WILLIAMS
Assistant U.S. Attorney

2