BENJAMIN KINGTON
State Bar No. 264008
BOYCE & SCHAEFER
934 23rd Street
San Diego, CA 92102
619/232-3320
email: bk@boyce-schaefer.com

Attorney for Defendant
PAOLA GARCIA-MARTINEZ

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PAOLA GARCIA-MARTINEZ,<br><br>    Defendant. | Case No. 21CR388-JLS<br><br>**ACKNOWLEDGMENT OF NEW COURT DATE** |

I, Paola Garcia-Martinez, hereby acknowledge that the Motion Hearing Trial Setting previously scheduled for April 2, 2021, at 1:30 p.m., has been moved to April 9, 2021, at 1:30 p.m., before the Honorable Janis L. Sammartino.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 1, 2021, at Montebello, California.

_____
Paola Garcia-Martinez