# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21CR388-JLS |
| Plaintiff, | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| v. | |
| PAOLA GARCIA-MARTINEZ, | |
| Defendant. | |

Pursuant to joint motion, it is hereby ordered that the motion hearing/trial setting in the above entitled case be continued from June 18, 2021, at 1:30 p.m., to July 30, 2021, at 1:30 p.m. Defendant shall file an acknowledgment of the new hearing date by July 9, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED

DATED: June 16, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

1