# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**(Honorable Janis L. Sammartino)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 21CR0388-JLS |
| Plaintiff, | ) ) | **ORDER CONTINUING HEARING** |
| v. | ) ) | |
| PAOLA GARCIA-MARTINEZ, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to joint motion, it is hereby ordered that the motion/trial setting hearing in the above entitled case be continued from September 3, 2021, at 1:30 p.m., to September 17, 2021, at 1:30 p.m.

If the change of plea proceedings do not go through on September 7, 2021, defendant shall file an acknowledgment of the new hearing date by September 10, 2021. For the reasons set forth in the joint motion, the period of delay from the filing of the joint motion until September 17, 2021, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED

DATED: August 31, 2021

Honorable Janis L. Sammartino
United States District Judge

1