# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-00388-JLS |
|---|---|
| Plaintiff, | **I N F O R M A T I O N**<br>**SUPERSEDING** |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl)(Felony);<br>Title 18, U.S.C., 1001 – False Statement to Government Agency (Felony) |
| PAOLA GARCIA-MARTINEZ, | |
| Defendant. | |

The Acting United States Attorney charges:

Count 1

Count 1

On or about December 2, 2020, within the Southern District of California, defendant PAOLA GARCIA-MARTINEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 20.12 kilograms (44.35 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 2

On or about December 2, 2020, within the Southern District of California, defendant PAOLA GARCIA-MARTINEZ, did knowingly and intentionally import 400 grams and more, to wit: approximately 2.20 kilograms (4.85 pounds) of a mixture and substance containing a

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

<u>Count 3</u>

On or about December 2, 2020, within the Southern District of California, defendant, PAOLA GARCIA-MARTINEZ, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction the Department of Homeland Security, an agency of the executive branch of the Government of the United States, during primary inspection at the San Ysidro, Port of Entry, PAOLA GARCIA-MARTINEZ represented and stated to a Department of Homeland Security, United States Customs and Border Protection Officer that she had nothing to declare. The statement and representation was false because, as PAOLA GARCIA-MARTINEZ then and there well knew, she had allowed a third party to conceal contraband inside her vehicle for the purposes of smuggling the contraband into the United States; all in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: 7/29/2021          .

                    RANDY S. GROSSMAN
                    Acting United States Attorney

*/s/ Alicia P. Williams*

ALICIA P. WILLIAMS
Assistant U.S. Attorney

2