1
2
3
4
5      **UNITED STATES DISTRICT COURT**
6      **SOUTHERN DISTRICT OF CALIFORNIA**
7      **(Honorable Janis L. Sammartino)**
8
UNITED STATES OF AMERICA,           )   Case No. 21CR388-JLS
9                                   )
            Plaintiff,              )   **ORDER CONTINUING**
10                                  )   **SENTENCING HEARING**
v.                                  )
11                                  )
PAOLA GARCIA-MARTINEZ,              )
12                                  )
            Defendant.              )
13                                  )
_____    )
14

15          Pursuant to joint motion, it is hereby ordered that the Sentencing Hearing in

16   the above-entitled case be continued from November 24, 2021, at 9:00 a.m., to

17   January 7, 2022, at 10:30 a.m.

18          IT IS SO ORDERED

19

20   DATED:  November 16, 2021

21                                   _____
                                     Honorable Janis L. Sammartino
22                                   United States District Judge

23
24
25
26
27
28