RANDY S. GROSSMAN
United States Attorney
ALICIA P. WILLIAMS
Assistant United States Attorney
California Bar No.: 262823
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-8917
Alicia.Williams@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PAOLA GARCIA-MARTINEZ,<br><br>  Defendant. | Case No.: 21-CR-0388-JLS<br><br>Date:  January 7, 2022<br>Time:  10:30 AM<br><br>The Honorable Janis L. Sammartino<br><br>**UNITED STATES' SENTENCING SUMMARY CHART AND MOTION UNDER USSG § 3E1.1(b)** |

The UNITED STATES OF AMERICA, by and through its counsel, RANDY S. GROSSMAN, United States Attorney, and Alicia P. Williams, Assistant United States Attorney, hereby files its Sentencing Summary Chart and Motion Under USSG § 3E1.1(b), which is based upon the files and records of this case.

DATED: December 30, 2021  Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

*s/ Alicia P. Williams*
ALICIA P. WILLIAMS
Assistant U.S. Attorney

SENTENCING SUMMARY CHART
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: January 7, 2022

USPO [ ☐ ]
AUSA [ ☒ ]
DEF  [ ☐ ]

Defendant's Name: PAOLA GARCIA-MARTINEZ         Docket No.: 21-CR-0388-JLS

Attorney's Name: Alicia P. Williams              Phone No.: (619) 546-8917

| | |
|---|---|
| Guideline Manual Used: November 1, 2018 | Agree with USPO Calc.: ☐ |
| Base Offense Level: USSG § 2D1.1(c), 20.12 kg of meth (actual) | 38 |
| Reduced Base Offense Level for Role: USSG § 2D1.1(a)(5) | 34 |
| Specific Offense Characteristics: USSG § 2D1.1(b)(18) and § 5C1.2(a)(1), Safety Valve | -2 |
| Adjustment for Role in the Offense: USSG § 3B1.2 | -2 |
| Adjusted Offense Level: | 30 |
| Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG §3E1.1(b)] | -3 |
| Total Offense Level: | 27 |
| Criminal History Score: | 3 |
| Criminal History Category: | II |

_____ Career Offender     _____ Armed Career Criminal

Guideline Range:                                        from  60  mths
   (Range limited by: _____ minimum mand.  X  statutory maximum)   to   60  mths

Departures:
 none                                                                    0

Resulting Offense Level:  27     Resulting Guideline Range:  from  60  mths
                                                              to   60  mths

*Government Recommendation*: 33 months' custody; 3 years' S/R; $100 S/A; and no fine.**

\*The base offense level is based on DEA lab results of the methamphetamine sample tested and the weight of the substance at the time of Defendant's arrest after accounting for a 10% reduction for packaging. Plea Agreement, ECF No. 41 at 9. Fentanyl results are outstanding, but would not impact the base offense level, which is already a 38.

\*\*The United States seeks additional downward variances under 18 U.S.C. § 3553(a). First, pursuant to the Plea Agreement, the United States recommends a variance equivalent to four levels for Defendant's prompt resolution of her case, and for her waiver of appeal; and another variance equivalent to two levels for her waiver of any claim for violation of prompt presentment or the Speedy Trial Act. ECF No. 41 at 9, and 11, fn. 1. Further, after considering Defendant's history and characteristics, the United States further recommends a downward variance equivalent to two levels. **These variances result in a guideline range of 33-41 months.** Accordingly, a sentence of 33 months is sufficient and not greater than necessary.