BENJAMIN B. KINGTON
California State Bar No. 264008
BOYCE & SCHAEFER
934 23rd Street
San Diego, CA 92102
(619)232-3320
bk@boyce-schaefer.com

Attorney for Defendant
PAOLA GARCIA-MARTINEZ

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PAOLA GARCIA-MARTINEZ,<br><br>    Defendant. | Case No.  21CR00388-001-JLS<br><br>**SENTENCING MEMORANDUM**<br><br><br>Date: January 7, 2022<br>Time: 10:30 a.m. |

    Defendant, Paola Garcia-Martinez, and her counsel, Benjamin Kington, file the following sentencing memorandum.

**I.    Summary of character letters.**

    Ms. Garcia's history and characteristics are set forth in the Presentence Report and summarized in the motion for minor rule. Additional materials are attached to this memorandum and summarized here.

    Alan Thomas has known Ms. Garcia since 2018. He describes how Ms. Garcia has succeeded in school and work while simultaneously raising her two children. He also notes Ms. Garcia was severely impacted by her parents' divorce in 2019.

    Carla Felix, Ms. Garcia's younger sister, describes how Ms. Garcia helped

Carla with her homework and encouraged her in school and sports. Ms. Garcia is a hard worker but still makes time to help others.

Iliana Marquez has been Ms. Garcia's friend for five years. Ms. Garcia has helped Marquez through hard times, and Marquez has witnessed Ms. Garcia working hard to provide for her children.

Additionally, certificates and diplomas reflecting Ms. Garcia's educational achievements are attached as Exhibit B.

**II.   Conclusion.**

Ms. Garcia is 32 years old. Despite becoming a single mother in her early 20s, she has obtained an education and has a strong employment history. She committed this offense after a man she was dating suggested it to her as a solution to her financial problems. She was noncommittal and tried to back out, but was told that was no longer an option. The case agent opined that Ms. Garcia was "taken advantage of" and was "naive." Considering Ms. Garcia's history and characteristics and the circumstances under which she committed the offense, a sentence of 24 months is sufficient but not greater than necessary.

Dated: December 31, 2021

Respectfully submitted,

/s/ Benjamin Kington
BENJAMIN B. KINGTON
Attorney for Defendant
PAOLA GARCIA-MARTINEZ