EXHIBIT A

Alan L. Thomas
16298 Tejon Street
Victorville, CA  92395
(323) 336-7164
Email:  althomas@aya.yale.edu


7 April 2021


To Whom It May Concern:

I am a friend of Paola Alejandra Garcia Martinez.  I met Paola in the Fall of 2018 when my stepson Marlon introduced her to our family as his then girlfriend.  Pao, as we affectionately call her, was enrolled in East Los Angeles College at that time studying to advance in the medical assistant field.  She later decided to pursue becoming a dental assistant instead.  In fact, her most recent goal was to become a dentist.  Since the day we met, Paola has been focused on improving herself to provide a better life for herself and her two adorable children, Sebastian and Nicole (ages 9 and 7 respectively.)

The purpose of my letter is to offer a fuller picture of who Paola is as a person. I had the opportunity to really get to know Paola when she and her children moved into my residence with my stepson and lived with us for approximately nine months.  During that time, I found Paola to be  a loving mother who took good care of her children.  I remember how she would assist Sebastian and Nicole with their homework every day after school.  She often asked me for advice on ways to reach her academic and professional goals in the most efficient way and also sought guidance in spiritual matters and personal development so that she could thrive and be the best person possible.

Pao is a hard worker.  She got her first part-time job at Jack in the Box when she was sixteen years old.  Working and going to school was a part of her everyday life.  She has been working hard ever since then.  Even though Pao was emotionally devastated when her parents' divorce became final in 2019 after 30 years of marriage, she nevertheless has tried to remain focused on progress as a testament to her resilience and determination to succeed in life.

In closing, notwithstanding her current legal issues, Paola really is a good person and I wish her God's very best in life--especially at this most trying time.


Respectfully submitted,

*Alan L. Thomas* (signature)

April 7, 2021

My name is Carla Felix, I am twenty-nine years old. I am Paola's younger sister. We are two years apart in age. Growing up we were very close and like any other sisters we were each other confidants, but of course we also have disagreed, argued and made up. I always know that I could go to her with any issues of mine. For school assignments she would always be there to help me, any questions that I had, helping me complete assignments or clarify something I didn't understand. Once we were both in high school, Paola was in the soccer team and that made me try out for soccer and made the team. Paola has always been there for me, to give me advice. She has always been there in the good and the not so good times.

Paola has always been a hard-working person. She started working at the age of seventeen, it was her junior year going into senior year. Paola has even had two jobs at a time to be able to bring in more income. Working hard to be able to support herself and two children.

Paola has two children, Sebastian and Nicole. Sebastian is nine years old and Nicole is seven years old. Paola is very caring and loving mother. Working her full-time schedule at her job, Paola still manages to get home and spend time with her children. She checks their homework, makes sure they take a shower and that they are fed. Being a single mom is not easy, the children rely on her a lot. Like any other children that want everything they see, she tries to provide them with what she can. During this pandemic it has been hard to be able to keep the kids distracted or things to do other than be on iPad or game console, but when she is able to, takes her children to the park and swimming pool.

Paola is a friendly and outgoing person. When she can help others, she does. Paola was able to assist my brother out with his resume and finding a job. Paola also was able to assist my nephew from my husband's side with his driver's exam. Paola spent the time with him, studying the practice questions so he could pass the written part, and he finally passed on the third try.

Iliana Marquez
553 S. Gerhart Avenue
Los Angeles, CA 90022
(323) 775-2157
Ilianamar89@yahoo.com

May 5, 2021

To whom it may concern:

My name is Iliana Marquez and is a pleasure to write this letter for Paola Garcia Martinez, whom I have personally known and proud to call my friend for five years.

During my relationship with Paola, I have experienced an individual who is of good character, trustworthy, and honest. A few years ago, when I was going through difficult times, she was there for me, showing me support and making sure I was doing well. She helped me get away from the negativity I was experiencing and helped divert my mind into looking at things in a positive perspective. Besides being a great friend, she is also a hardworking, caring mother, who always puts her son and daughter before anything, and does everything in her power to provide the best for them. I have only known Paola for five years, but it has felt that I have known her my whole life.

Thank you for your time and please do not hesitate to contact me for further information.

Sincerely,

*Iliana Marquez*

Iliana Marquez