# EXHIBIT B



# Montebello High School

Montebello Unified School District
Montebello, California

This Certifies That

**Paola Garcia**

Has satisfactorily completed a Course of Study prescribed for Graduation from the Montebello Unified School District and is therefore awarded this

**Diploma**

Given the twenty-first day of June, two thousand seven.

Principal
Superintendent
Board of Education President

# American Career College

4021 Rosewood Avenue     Los Angeles, California

*Founded 1978*

### This Certifies That

# Paola A. Garcia

Has satisfactorily completed the prescribed courses necessary

and is therefore awarded this

## Diploma in Medical Assistant

In witness thereof, we have affixed our signature this

### 12th day of August, 2009.

President          Program Director

# PERFECT ATTENDANCE AWARD

PAOLA GARCIA

*Has maintained perfect attendance*

*From December 1st - December 19th, 2008*

at

AMERICAN CAREER COLLEGE

January 16, 2009

_____
Program Director

# PERFECT ATTENDANCE AWARD

**PAOLA GARCIA**

*Has maintained perfect attendance*

*From February 1st - February 28th, 2009*

*at*

**AMERICAN CAREER COLLEGE**

**March 26, 2009**

Program Instructor _____

# HONOR ROLL AWARD

**PAOLA GARCIA**

*Has maintained an "A" average*

*During the*

Anatomy and Physiology/Medical Office Clinical Procedures II Module

*Here at*

**AMERICAN CAREER COLLEGE**

February 24, 2009

INSTRUCTOR _Barbara Gillett_



# HONOR ROLL AWARD

**PAOLA GARCIA**

Has maintained an "A" average

During the

Medical Office Business Procedures Module

Here at

**AMERICAN CAREER COLLEGE**

4/1/2009

Program Director _____  Instructor _____

**AMERICAN CAREER COLLEGE**

Certificate of Instruction in Phlebotomy

Founded 1978

This is to certify that _Paola Garcia_ has completed the program of instruction in injection, skin test, venipuncture, and skin puncture techniques prescribed in Chapter 13 of Title 16 of the California Code of Regulations, Section 1366.1 and Section 2070 of the Business and Professions code-Medical Practice Act. The bearer is thereby permitted to administer medication by instramuscular, intradermal and subcutaneous injection and to perfrom skin tests and to withdraw blood by venipuncture or skin puncture.

_Paola Garcia_
Signature of Student

_Barbara Gullett_
Signature of Instructor

7·8·09
Date

Program Director

---

This Card Certifies That

_Paola Garcia_
PRINT NAME

Has Recieved HIPAA Training.
(Privacy Rule Training)

Completed: _7·9·09_

_Barbara Gullett_
PRINT NAME

_Paola Garcia_
SIGNATURE

---

American Red Cross

This recognizes that

Paola Garcia
has completed the requirements for

**CPR/AED for the Professional Rescuer and the Healthcare Provider**

conducted by

American Career College

Date Completed    9/27/2009

The American Red Cross recognizes this certificate as valid for    2    year(s) from completion date.