BENJAMIN B. KINGTON
California State Bar No. 264008
BOYCE & SCHAEFER
934 23rd Street
San Diego, CA 92102
(619)232-3320
bk@boyce-schaefer.com

Attorney for Defendant
PAOLA GARCIA-MARTINEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**(Honorable Janis L. Sammartino)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>PAOLA GARCIA-MARTINEZ,<br><br>   Defendant. | Case No.  21CR00388-001-JLS<br><br>**SENTENCING SUMMARY CHART**<br><br>Date: January 7, 2022<br>Time: 10:30 a.m. |

   Defendant, Paola Garcia-Martinez, and her counsel, Benjamin Kington, file the attached sentencing summary chart.

Dated: December 31, 2021

Respectfully submitted,

/s/ Benjamin Kington
BENJAMIN B. KINGTON
Attorney for Defendant
PAOLA GARCIA-MARTINEZ