# SENTENCING SUMMARY CHART

USPO _____
AUSA _____
DEF __X__

Defendant's Name: GARCIA-MARTINEZ, PAOLA          DOCKET NO. 21cr338-JLS

| | |
|---|---|
| Guideline Manuel Used: November 1, 2018 | Agree w/USPO Calc. (Y/N)   __N__ |
| Base Offense Level: §2D1.1(c) 20.12 kg methamphetamine w/minor role | __34__ |
| Specific Offense Characteristics: | |
| USSG §2D1.1(b)(18) – Safety Valve | __-2__ |
| Victim Related Adjustment: | _____ |
| Adjustment for Role in the Offense: | __-2__ |
| Adjustment for Obstruction of Justice: | _____ |
| Adjustment for Reckless Endangerment During Flight: | _____ |
| Adjusted Offense Level: | __30__ |

___ Combined (Mult. Counts)   ___ Career Off.   ___ Armed Career Crim.

Adjustment for Acceptance of Responsibility: [ _x_ Govt. Motion- USSG § 3E1.1(B)]   __-3__

| | |
|---|---|
| Total Offense Level: | __27__ |
| Criminal History Score: | __3__ |
| Criminal History Category | __II__ |

___ Career Offender        ___ Armed Career Criminal

Guideline Range:
(Range limited by: __ minimum mand.  _x_ stat. maximum) from    __60__ to __60__ mths

Departures: None.

| | |
|---|---|
| Variances: Fast Track-equivalent variance | __-4__ |
| COVID-19 emergency per plea agreement | __-2__ |
| Adjusted Offense Level: | __21__ |
| Resulting Guideline Range: | from __41__ to __51__ mths |

**RECOMMENDATION: 24 MONTHS CUSTODY PER 18 U.S.C. 3553**